UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | 3:09-cr-00053-LRH-RAM |
| Plaintiff,        ) | |
| ) | <u>MINUTE ORDER</u> |
| vs.        ) | |
| ) | November 22, 2010 |
| STUART SCHWEIZER, JR.,        ) | |
| ) | |
| Defendant.        ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>NONE APPEARING</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):          <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):          <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendant Stuart Schweizer, Jr.'s Motion for Easing of Release Conditions to Allow Defendant to Attend to Pre-Imprisonment Personal Business (#71[1]) and Government's memorandum regarding same.  Good cause appearing,

    Defendant's motion (#71) is GRANTED in part and DENIED in part.

    Defendant is GRANTED leave to address the primary matters that are related to his mother's end-of-life care; he is the assigned power-of-attorney for his mother, and since her health is declining, he would like to handle financial and medical matters for his mother. Additionally, he is granted leave to spend time with his mother at her house.  Mr. Schweizer is also given leave to handle his personal matters before surrendering to prison, including his own medical and financial needs.

    Furthermore, Mr. Schweizer shall have leave for activities that only the defendant is able to do.  As Mr. Schweizer is currently subject to GPS monitoring, the technology will identify each location that the defendant travels to.  This ensures that the defendant is traveling only to

---

[1] Refers to court's docket number.

approved locations: activities related to his mother's care, medical requests, bank visits, visits to rental properties, or bankruptcy proceedings.  This also includes visits to fast food restaurants if the defendant needs to eat while running these errands.

      Defendant is DENIED leave for activities such as trips to the grocery store and to the post office, as these are activities currently handled by the defendant's family members.

      IT IS SO ORDERED.

                              LANCE S. WILSON, CLERK

                              By:       /s/
                                      Deputy Clerk