UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:09-cr-00053-LRH-VPC |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | |
| STUART SCHWEIZER, JR., ) | December 14, 2010 |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is Defendant Stuart Schweizer, Jr.'s Motion to Authorize Defendant Attend Daughter's Wedding and Surprise Anniversary Party (#73).

     Good cause appearing, the court GRANTS Defendant's Motion (#73).  Pre-trial Services is hereby authorized to allow Defendant to attend his daughter's wedding on December 27, 2010, and to attend a surprise 35th wedding anniversary dinner on December 28, 2010.  Both events are in Reno, Nevada.

     IT IS SO ORDERED.

                        LANCE S. WILSON, CLERK

                    By:          /s/
                           Deputy Clerk