UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:09-cr-00053-LRH-VPC |
| Plaintiff, | ) | |
| | ) | MINUTE ORDER |
| vs. | ) | |
| | ) | |
| STUART SCHWEIZER, JR., | ) | January 31, 2011 |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendant Stuart Schweizer, Jr.'s Motion for Delay of Surrender to the Bureau of Prisons (#75).  The court has also considered the Government's Response to Defendant's Motion (#76).

    Good cause appearing, the court GRANTS IN PART Defendant's Motion (#75). Defendant shall surrender himself to the designated Bureau of Prisons facility on Friday, March 11, 2011, before 12:00 pm .

    IT IS SO ORDERED.

                        LANCE S. WILSON, CLERK

                        By:          /s/
                                Deputy Clerk