UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:09-cr-00053-LRH-VPC |
| Plaintiff, | ) | |
| | ) | MINUTE ORDER |
| vs. | ) | |
| | ) | |
| STUART SCHWEIZER, JR., | ) | March 7, 2011 |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is Defendant Stuart Schweizer, Jr.'s Motion for Delay of Self-Surrender to Bureau of Prisons (#78).  The court has also considered the Government's Opposition to Defendant's Motion (#79).

     The court concludes that good cause has not been shown for a further extension of Defendant's self surrender and DENIES Defendant's Motion (#78).  Defendant shall surrender himself to the designated Bureau of Prisons facility on Friday, March 11, 2011, before 12:00 pm.

     IT IS SO ORDERED.

                              LANCE S. WILSON, CLERK

                         By:     /s/
                                Deputy Clerk